UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| DAVID ETHAN CRONK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22 CV 51 |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The parties have stipulated to the dismissal of the last remaining claim in this case. (DE # 33.) The court interprets the stipulation as an unopposed motion for voluntary dismissal, which the court **GRANTS.** There being no claims remaining against any defendants, the case is **DISMISSED**.

Date: February 7, 2024

**SO ORDERED.**

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT